UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court=s general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                      Case No. 15 C 7918

Rhonda Rasche, et al., Plaintiffs,                                    Judge Castillo

                           v.

B.R. Lane, *et al*., Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

   Defendants B.R. Lane, Illinois Department of Lottery, and Illinois Lottery Control Board

| SIGNATURE |  |
|---|---|
| s/ Sunil Bhave | |
| FIRM   Illinois Attorney General's Office | |
| STREET ADDRESS   100 W. Randolph St., 13th Floor | |
| CITY/STATE/ZIP   Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6285750 | TELEPHONE NUMBER  (312) 814-4450 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?           YES ☐          NO  x | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?         YES ☐          NO  X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?           YES X           NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES  X   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |