## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RHONDA RASCHE and DANIEL CHASTEEN, individually, and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 15-cv-07918 |
| B.R. LANE, Acting Director of the Illinois Department of the Lottery; ILLINOIS DEPARTMENT OF THE LOTTERY; ILLINOIS LOTTERY CONTROL BOARD; and NORTHSTAR LOTTERY GROUP, LLC, | ) ) ) ) ) ) | Chief Judge Ruben Castillo |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME UNTIL OCTOBER 30, 2015 TO FILE AN AMENDED COMPLAINT**

NOW COME Plaintiffs RHONDA RASCHE ("Rasche") and DANIEL CHASTEEN ("Chasteen") (collectively, "Plaintiffs"), by and through counsel, and request that the Court grant Plaintiffs an extension of time until October 30, 2015 to file an Amended Complaint (the "Motion"). In support of their Motion, Plaintiffs state as follows:

On September 9, 2015, Plaintiffs, individually, and on behalf of all others similarly situated (collectively, "Illinois Lottery Winners"), filed the instant class action suit against B.R. LANE, Acting Director of the Illinois Department of the Lottery; the ILLINOIS DEPARTMENT OF THE LOTTERY; the ILLINOIS LOTTERY CONTROL BOARD (the "Lottery Defendants"); and NORTHSTAR LOTTERY GROUP, LLC ("Northstar") (collectively, the "Defendants"), relating to their alleged failure to make payments due and owing to the Illinois Lottery Winners. *See* Dkt #1.

The Lottery Defendants filed appearances in this matter, and Northstar has retained counsel.

Counsel for the Lottery Defendants recently submitted a letter to Plaintiffs' counsel stating their defenses that would form the basis for their putative motion to dismiss the Complaint. This letter was being written pursuant to this Court's standing order, which requires submission of such correspondence before the filing of a dispositive motion.

Additional time will enable the Plaintiffs to assess and address the defenses asserted in the letter. At a minimum, it is contemplated that additional plaintiffs will be added to the suit, and an additional defendant, Illinois Comptroller Leslie Munger, needs to be named as a defendant in the instant proceedings.

Plaintiffs are seeking an extension of time to October 30, 2015 to file their First Amended Complaint. Plaintiffs' counsel advised Defendants' counsel of their intention to do so.

WHEREFORE, Plaintiffs request that the Court grant them an extension of time to October 30, 2015 to file their First Amended Complaint, and for any other relief the Court deems just.

Plaintiffs RHONDA RASCHE and DANIEL CHASTEEN, individually, and on behalf of all others similarly situated,

By:   s/Thomas A. Zimmerman, Jr.
     Thomas A. Zimmerman, Jr. (IL #6231944)
     *tom@attorneyzim.com*
     Eleonora P. Khazanova (IL #6293116)
     *ella@attorneyzim.com*
     Matthew C. De Re (IL #6317913)
     *matt@attorneyzim.com*
     Nicholas J. Hagman (IL #6317689)
     *nick@attorneyzim.com*
     ZIMMERMAN LAW OFFICES, P.C.

77 West Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile
www.attorneyzim.com

Counsel for the Plaintiffs and Putative Class