UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Rhonda Rasche, et al.
                              Plaintiff,

v.                                          Case No.: 1:15−cv−07918
                                            Honorable Ruben Castillo

B.R. Lane, et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 19, 2015:

    MINUTE entry before the Honorable Ruben Castillo:Plaintiffs' motion for an extension of time until October 30, 2015 to file an amended complaint [9] is granted. The motion hearing set for 10/21/2015 is stricken. The parties are directed to file a joint status report by 11/20/2015. The Court will hold a status hearing in open court on 11/24/2015 at 9:45 a.m.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.